UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CYRUS PIERCE** | **CIVIL ACTION NO. 09-1512** |
| **VERSUS** | **SECTION P** |
| **SHERIFF STEVEN MAY, ET AL.** | **JUDGE ROBERT G. JAMES** |
| | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 6] and Supplemental Report and Recommendation [Doc. No. 7] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of Fed. R. Civ. P. 41(b).

**MONROE, LOUISIANA,** this 28th day of April, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE